IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT E. LYONS and<br>BERNADETTE F. LYONS,<br><br>    Plaintiffs Below,<br>    Appellants,<br><br>    v.<br><br>BETHANY BAY HOMEOWNERS<br>ASSOCIATION (THE BLUFFS) and<br>LEGUM & NORMAN, INC.,<br><br>    Defendants Below,<br>    Appellees. | § § § § § § § § § § § § § § § § § | No. 392, 2016<br><br>Court Below—Superior Court of<br>the State of Delaware<br><br>C.A. No. S14CC-08-006 |

Submitted: January 24, 2017
Decided: February 7, 2017

### ORDER

This 7th day of February 2017, it appears to the Court that the Clerk issued a notice, by certified mail, directing the appellants to show cause why this appeal should not be dismissed for failure to file the opening brief and appendix. The appellants received the notice on January 10, 2017 and have not responded to the notice within the required ten-day period. For that reason, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

_____
Justice